■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CASSANO, Appellant. [727 NYS2d 620] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 29, 2001 (*People v Cassano,* 279 AD2d 636), affirming a judgment of the Supreme Court, Kings County, rendered March 2, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Altman, H. Miller and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT COBB, Appellant. [726 NYS2d 572] —Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered June 1, 1999, convicting him of robbery in the first degree (three counts), grand larceny in the fourth degree, criminal possession of a weapon in the fourth degree, and intimidating a victim in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Soulia,* 263 AD2d 869). Moreover, upon the exercise of our factual review power, we are satisfied that verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Issues of credibility, as well as the weight to be accorded the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Fetter,* 201 AD2d 500; *People v Garafolo,* 44 AD2d 86, 88).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Florio, H. Miller and Crane, JJ., concur.